IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **ROSARIO FELIZ, INDEPENDENT ADMINISTRATOR AND PERSONAL REPRESENTATIVE OF THE ESTATE OF ROBERT GALLEGOS, DECEASED,**<br><br>　Plaintiff,<br><br>v.<br><br>**EL PASO COUNTY, TEXAS; and UNKNOWN DEPUTIES AND OFFICERS OF THE EL PASO COUNTY SHERIFF'S DEPARTMENT,**<br><br>　Defendants. | §§§§§§§§§§§§§§§§§§<br><br>EP-19-CV-277-KC |

## ORDER

On this day, the Court considered the parties' Joint Stipulation of Dismissal with Prejudice, ECF No. 27. In accordance with Federal Rule of Civil Procedure 41(a) it is hereby **ORDERED** that all of Plaintiff's claims in this case are **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that all pending motions in this case are hereby **DENIED** as moot.

**IT IS FURTHER ORDERED** that all costs and attorneys' fees shall be paid by the party incurring same.

The clerk shall close the case.

1

**SO ORDERED.**

SIGNED this 6th day of October, 2020.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE